**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 23 2020

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS** JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

LISA RENAE ROGERS

**PLAINTIFFS**

VS.                    CASE NO. _____

DOLLAR GENERAL CORPORATION
d/b/a DOLLAR GENERAL – JUDSONIA;
RFEC IV INVESTMENTS LLC d/b/a
DOLLAR GENERAL – JUDSONIA;
and JOHN DOES 1-10                              **DEFENDANT**

**NOTICE OF REMOVAL**

Defendant, Dollar General Corporation ("Dollar General"), pursuant to 28 U.S.C. §§

1332, 1441, and 1446, removes this action from the Circuit Court of White County, Arkansas,

where it is pending as Case No. 73CV-20-105, to the United States District Court of the Eastern

District of Arkansas. As grounds for this removal, Dollar General states:

1.      Plaintiffs filed this action in the Circuit Court of White County, Arkansas on

February 12, 2020. A copy of Plaintiff's Complaint is attached as Exhibit 1. A copy of the

Summons filed by Plaintiff in the state court action is attached as Exhibit 2. A copy of the Proof

of Service filed by Plaintiff in the state court action is attached as Exhibit 3.

2.      In accordance with 28 U.S.C. § 1446(A), copies of "all process, pleadings, and

orders" already filed with the Circuit Court of White County, Arkansas are attached as Exhibits 1

and 2.

3.      Dollar General has not yet filed a responsive pleading in the Circuit Court of

White County, Arkansas.

4.      Plaintiff is resident of Arkansas. *See* Ex. 1, ¶¶ 2.

5.      Dollar General is a foreign entity formed and existing under the laws of the state

of Tennessee with its principal place of business in Goodlettsville, Tennessee.

This case assigned to District Judge_____
and to Magistrate Judge_____

6.      RFEC IV Investments LLC is also a foreign corporation with its principal place of business in Chicago, Illinois.

7.      Plaintiff alleges in her Complaint that the amount in controversy is "in excess of the minimum required for federal diversity jurisdiction." See Exhibit 1 at ¶ 1.

8.      At all times pertinent, including the time of the filing of Plaintiff's Complaint in the Circuit Court of White County, Arkansas and the time of the filing of this Notice of Removal, complete diversity of citizenship has existed because a) Plaintiff was and currently is an Arkansas citizen, b) Dollar General was and is currently a foreign entity formed and existing under the laws of the state of Tennessee with its principal place of business in Goodlettsville, Tennessee, and c) RFEC IV Investments LLC was and is a foreign entity formed and existing under the laws of a state other than Arkansas.

9.      Complete diversity of citizenship exists.

10.     This case is removable pursuant to 28 U.S.C. §1441.  It is a civil action over which this Court has original diversity jurisdiction pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states, and the amount of controversy exceeds the statutory requisite of $75,000.00.

11.     The removal of this action is timely under the provisions of 28 U.S.C. § 1446(b) in that this Notice of Removal is being filed within thirty days of receiving Plaintiff's Complaint.

12.     Dollar General, upon filing this Notice of Removal, is filing a copy of this Notice of Removal with the Clerk of the Circuit Court of White County, Arkansas, in accordance with 28 U.S.C. § 1446(d).

13.     Written notice of removal is being served upon Plaintiff in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, Dollar General Corporation hereby removes this action to this Court and prays that this Court exercise jurisdiction over this matter and grant to Dollar General Corporation all proper relief to which it is entitled.

Respectfully submitted,

QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201
Phone:  501-379-1700
Facsimile:  501-379-1701
mshannon@qgtlaw.com

By: _____
     Michael N. Shannon

*Attorneys for Dollar General Corporation and*
*RFEC IV Investments LLC*

## CERTIFICATE OF SERVICE

I, Michael N. Shannon, do hereby certify that a true and correct copy of the above answer has been delivered via Electronic Mail on this 23rd day of March 2020, to:

Joe Denton, Esq.
Justin C. Zackary, Esq.
Andrew Payne Norwood, Esq
DENTON & ZACKARY, PLLC
700 S. German Lane, Suite 101
Conway, Arkansas 72034
joe@dentonandzackary.com
justin@dentonandzackary.com
andrew@dentonandzackary.com

_____
Michael N. Shannon

IN THE CIRCUIT COURT OF WHITE COUNTY, ARKANSAS
CIVIL DIVISION

LISA RENAE ROGERS                                                                          PLAINTIFF

VS.                                    CASE NO. 73CV-20- 105

DOLLAR GENERAL CORPORATION
d/b/a DOLLAR GENERAL – JUDSONIA;
RFEC IV INVESTMENTS LLC d/b/a
DOLLAR GENERAL – JUDSONIA;
and JOHN DOES 1-10                                                                       DEFENDANTS

## COMPLAINT AND JURY DEMAND

COMES NOW Plaintiff Lisa Rogers, by and through her attorneys, Denton & Zachary,

PLLC, and for her Complaint against Defendant Dollar General Corporation d/b/a Dollar

General – Judsonia, RFEC IV Investments LLC d/b/a Dollar General – Judsonia, and John Does

1-10, respectfully states as follows:

### I. INTRODUCTION

1.       This action sounds in tort and arises from an incident on or about May 19, 2017, at

a Dollar General store located in Judsonia, Arkansas at 551 Highway 385 N., Judsonia, Arkansas

72081. On or about that date, Plaintiff, a business invitee, slipped and fell on Defendant Dollar

General's unreasonably dangerous, unsafe, and extraordinarily slippery carpet, when she lost her

footing due to the presence of a raised section of carpeting while attempting to leave the store. As

a result, Plaintiff suffered severe, permanent, and debilitating injuries, as described more fully

below. Plaintiff brings her negligence claims under Arkansas law, seeks to be made whole and

recover compensatory, actual, consequential, special, and all other damages permitted by law, in

an amount in excess of the minimum required for federal diversity jurisdiction.

### II. PARTIES

2.       Plaintiff is a resident of White County, Arkansas.

EXHIBIT
1

Page 1 of 7

3.     Defendant Dollar General Corporation d/b/a Dollar General – Judsonia is a foreign corporation organized under the laws of Tennessee. Dollar General Corporation is a multistate discount retail corporation that operates numerous discount stores with its principle base of operations in Goodlettsville, Tennessee. Defendant Dollar General Corporation can be served process through its registered agent of service: **Corporation Service Company, 2908 Poston Avenue, Nashville, Tennessee 37203**. Dollar General owns and operates a discount store located in Judsonia, White County, Arkansas and does business as "Dollar General."

4.     Defendant RFEC IV Investments LLC d/b/a Dollar General – Judsonia is a foregin limited liability company, headquartered in Chicago, Illinois. Defendant RFEC IV Investments LLC can be served process through its registered agent of service: **Corporate Creations Network Inc., 609 SW 8th Street, #600, Bentonville, Arkansas 72712**. Defendant RFEC IV Investments LLC d/b/a Dollar General – Judsonia has ownership in, and operates and controls the Judsonia Dollar General.

5.     Defendants John Does 1-10 are persons whose identities are unknown at this time. To the extent that one or more of these persons are responsible, legally of factually, for the acts and omissions named herein, or for the harm caused thereby, they are considered tortfeasors for purposes of the present action. Plaintiff anticipates the identity of said unknown tortfeasors will be determined in discovery. Plaintiff's counsel executed a "John Doe Affidavit" in accordance with Arkansas Code Annotated § 16-56-125, and it is attached hereto as "Exhibit A."

### III. JURISDICTION AND VENUE

6.     This Court has jurisdiction pursuant to Arkansas Code Annotated § 16-13-201, which says that circuit courts shall have original jurisdiction of all actions and proceedings for the redress of civil grievances, except where exclusive jurisdiction is given to other courts.

7.      Venue is proper in White County, Arkansas, pursuant to Arkansas Code Annotated § 15-60-101(a), which provides that a civil action shall be brought in any of the following counties in Arkansas: (1) the county in which a substantial part of the events or omissions giving rise to the cause of action occurred; (2) the county in which an individual defendant resided at the time of the events or omissions giving rise to the cause of action; and/or (3) the county in which the plaintiff resided at the time of the events or omissions giving rise to the cause of action.

## IV. FACTS

8.      On or about Friday May 19, 2017 (the "subject date"), Plaintiff went to Dollar General, located at 551 Highway 385 N., Judsonia, Arkansas 72081 to shop for groceries and other assorted home goods.

9.      On the above date, and at the above time and for some time prior thereto, Defendants owned, occupied, operated, and controlled the Judsonia Dollar General.

10.      Before Plaintiff entered onto Defendants' property on the subject date, Defendants' employees failed to property maintain the carpeting near the entrance by ensuring it was properly placed and not a tripping hazard.

11.      On the subject date, Plaintiff entered Defendants' property for the purpose of shopping for and purchasing assorted food and home goods items and was therefore a lawful entrant and business invitee upon the premises.

12.      On the subject date, Plaintiff attempted to leave the Judsonia Dollar General after completing her desired shopping.

13.      Plaintiff's only route to leave the store was through the front entrance, that had a carpet placed before it, so she was required to walk over the carpet in order to leave the store.

14.     Plaintiff was therefore required to walk over the carpet at the entrance/exit of the Judsonia Dollar General owned by Defendants to accomplish her goal of leaving the store after completing her desired shopping.

15.     At the time of the occurrence herein, Defendants knew or should have known that business invitees, such as Plaintiff, would regularly be required to walk over the carpet placed at the entrance/exit of the store.

16.     At the time of the occurrence herein, it was the duty of Defendants to exercise due care in providing a safe path through which customers can enter and exit the store, so as to not negligently and carelessly cause injury to Plaintiff, who was a business invitee on Defendants' premises at the time of the injury set forth herein.

17.     On the subject date, while Plaintiff was present on Defendants' property, there was a raised section of the carpet that was placed at the entrance/exit of the Judsonia Dollar General.

18.     On the subject date, while Plaintiff was attempting to exit the store, the carpet on the floor of the entrance/exit caused Plaintiff to fall.

19.     When Plaintiff fell at Defendants' property, she suffered severe, debilitating, and permanent injuries.

## V. CAUSE OF ACTION - NEGLIGENCE

20.     Plaintiff fully alleges and incorporates by reference the above paragraphs as if they were fully set forth herein.

21.     Defendants maintain and enforce uniform standards of operation for all of its discount stores across the country, including the Dollar General located at 551 Highway 385 N., Judsonia, Arkansas 72081.

22.     Defendants had the duty, power, and control to enforce, test, and require any and all of its stores across the country to attend and complete any training necessary it, in its sole discretion, may choose to conduct.

23.     Defendants has a duty to train its employees to exercise ordinary care to maintain its premises in a reasonably safe condition for the benefit of its customers.

24.     Defendants, at all times relevant hereto, were in exclusive possession and control of the subject premises, and by its failure to exercise reasonable care to protect Plaintiff from harm, are solely responsible for Plaintiff's injuries.

25.     Defendants failed to exercise ordinary care to maintain the subject premises in a reasonably safe condition for the benefit of its business invitees, including Plaintiff.

26.     Defendants failed to properly train its agents, employees, and/or servants, to properly maintain the subject premises in a reasonably safe manner at the Judsonia Dollar General.

27.     Defendants failed to properly train its agents, employees, and/or servants to properly warn of dangerous conditions present at the Judsonia Dollar General.

28.     Defendants breach of the direct, affirmative, and non-delegable duties, as described above, were the actual and proximate cause of Plaintiff's injury and resulted in serious and permanent damages for which Plaintiff seeks compensation in excess of the amount required for federal diversity jurisdiction.

## VI. PROXIMATE CAUSATION

29.     Plaintiff fully alleges and incorporates by reference the above paragraphs as if they were fully set forth herein.

30.     Plaintiff's serious and permanent injuries are a natural and probable consequence of the above-articulated negligent acts and omissions and were therefore directly and proximately

caused by Defendants' negligence.

## VII. INJURIES AND DAMAGES

31.    Plaintiff fully alleges and incorporates by reference the above paragraphs as if they were fully set forth herein.

32.    As a result of this occurrence and incident, Plaintiff was seriously and permanently injured.

33.    Plaintiff is entitled to the following measures of damages, including general, special, compensatory, actual, consequential, and all available damages, including, but not limited to:

    a.    The nature, extent, duration, and permanency of her injuries;

    b.    The full extent of the injuries she sustained, including any pre-existing condition aggravated by the incident in question;

    c.    The expense of his medical care, treatment and services received, including transportation, board and lodging expense and expenses that will be required in the future;

    d.    The reasonable expenses of any necessary help and caretaking in Plaintiff's home, which has been required as a result of his injury and the present value of such expense reasonably certain to be required in the future;

    e.    Pain, suffering, and mental anguish experienced in the past and reasonably expected to be experienced in the future;

    f.    Hedonic damages and loss of enjoyment of life damages;

    g.    Loss of past, present, and future earnings, profits, salary, benefits, privileges, bonuses, business opportunities and advancement;

h.    Loss of earning capacity or ability to earn;

i.    Scarring, disfigurement, and the visible results of his injuries; and

j.    All other damages permitted by law.

34.    The injuries and damages described herein and have been suffered in the past will continue in the future.

## VIII. DEMAND AND PRAYER FOR RELIEF

35.    Pursuant to Ark. R. Civ. P. 38, Plaintiff demands a trial by jury on all issues of fact.

36.    Plaintiff reserves the right to amend the Complaint to conform to proof.

37.    Plaintiff reserves the right to file additional and supplemental pleadings after further investigation and discovery and additional facts are ascertained.

WHEREFORE Plaintiff Lisa Rogers hereby prays for a judgment and verdict against Defendants, awarding actual, special, compensatory and consequential damages against Defendants to the extent permitted by law; for an award of costs and attorney's fees, including costs and expenses expended in recovering on any judgment, and for all other relief at law or equity to which they are entitled.

Respectfully Submitted,


DENTON & ZACHARY, PLLC
Joe Denton, Ark. Bar No. 2012167
Justin C. Zachary, Ark. Bar No. 2010162
Andrew Payne Norwood, Ark. Bar No. 2017107
700 S. German Lane, Suite 101
Conway, Arkansas 72034
Tel:    (501) 358-4999
Fax:    (501) 358-4737
Email:  joe@dentonandzachary.com
        justin@dentonandzachary.com
        andrew@dentonandzachary.com



DENTON & ZACHARY, PLLC
PO Box 11127
Conway AR 72034



**CERTIFIED MAIL**



7015 1730 0000 5153 5188





$12.50
US POSTAGE
FIRST-CLASS
FROM 72034
FEB 19 2020
stamps
endicia

Dollar General Corporation
c/o Corporation Service Company
2908 Poston Avenue
Nashville TN 37203-1312

**IN THE CIRCUIT COURT OF WHITE COUNTY, ARKANSAS
CIVIL DIVISION**

**LISA RENAE ROGERS**                                                                    **PLAINTIFF**

**VS.**                          CASE NO. 73CV-20-*105*

**DOLLAR GENERAL CORPORATION
d/b/a DOLLAR GENERAL – JUDSONIA;
RFEC IV INVESTMENTS LLC d/b/a
DOLLAR GENERAL – JUDSONIA;
and JOHN DOES 1-10**                                                  **DEFENDANTS**

**SUMMONS**

**THE STATE OF ARKANSAS TO DEFENDANT: DOLLAR GENERAL
CORPORATION d/b/a
DOLLAR GENERAL -
JUDSONIA**

**Dollar General Corporation
d/b/a Dollar General - Judsonia
Corporation Service Company
2908 Poston Avenue
Nashville, Tennessee 37203**

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: **Justin Zachary, Denton & Zachary, PLLC, P.O. Box 11127, Conway, AR 72034.**

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**EXHIBIT
2**

Address of Clerk's Office

**White County Circuit Clerk**
**300 North Spruce**
**Searcy, AR 72143**



CLERK OF COURT

_____
[Signature of Clerk or Deputy Clerk]

Date:

*This summons is for Dollar General Corporation (name of Defendant).*

## PROOF OF SERVICE

o   I personally delivered the summons and complaint to the individual at_____
_____ [place] on_____ [date]; or

o   I left the summons and complaint in the proximity of the individual by _____
_____ after he/she refused to receive it when I offered it to him/her; or

o   I left the summons and complaint at the individual's dwelling house or usual place of
abode at_____ [address] with _____ [name], a
person at least 14 years of age who resides there, on _____ [date]; or

o   I delivered the summons and complaint to _____ [name of individual],
an agent authorized by appointment or by law to receive service of summons on behalf of
_____ [name of defendant] on _____ [date]; or

o   I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served
the summons and complaint on the defendant by certified mail, return receipt requested,
restricted delivery, as shown by the attached signed return receipt.

o   I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a
copy of the summons and complaint by first-class mail to the defendant together with two
copies of a notice and acknowledgment and received the attached notice and
acknowledgment form within twenty days after the date of mailing.

o   Other [specify]:

o   I was unable to execute service because:


My fee is **$** _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____ SHERIFF OF _____ COUNTY, ARKANSAS

By: _____

[Signature of server]

_____

[Printed name, title, and badge number] **To**

**be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____ By: _____

[Signature of server]

_____

[Printed name]

Address:

_____

Phone:

Subscribed and sworn to before me this date:

_____

Notary Public

My commission expires:

Additional information regarding service or attempted service:

_____

_____



## IN THE CIRCUIT COURT OF WHITE COUNTY, ARKANSAS
## CIVIL DIVISION

**LISA RENAE ROGERS**                                             **PLAINTIFF**

**v.**                              **CASE NO. 73CV-20-105**

**DOLLAR GENERAL CORPORATION**
**d/b/a DOLLAR GENERAL-JUDSONIA;**
**RFEC IV INVESTMENTS LLC d/b/a**
**DOLLAR GENERAL-JUDSONIA;**
**and JOHN DOES 1-10**                                             **DEFENDANTS**

### AFFIDAVIT OF SERVICE OF COMPLAINT WITH SUMMONS
### VIA CERTIFIED MAIL PURSUANT TO ARCP RULE 4

I, Justin Zachary, attorney for Lisa Renae Rogers (the "Plaintiff") in this case, state under oath the following:

### SERVICE ON SEPARATE DEFENDANT, RFEC IV INVESTMENTS, LLC

1.    I mailed to separate defendant RFEC IV Investments a copy of the Complaint filed February 12, 2020 (the "Complaint") with Summons issued by the Clerk in this case.

2.    I sent the Complaint with Summons by first-class, certified mail, restricted delivery to separate defendant on February 19, 2020 with a return receipt affixed, return receipt requested, to the named Defendant at the address of 609 SW 8th St. #600, Bentonville, AR 72712.

3.    On February 24, 2020, the certified mail with restricted delivery was signed for by Julie Helgested, presumed to be an agent of Corporate Creations Network.

1

**EXHIBIT**

**3**

4.     On March 5, 2020, the certified mail with restricted delivery was thereafter returned to me. The return receipt is affixed below as **PLAINTIFF'S EXHIBIT A.**

5.     The Plaintiff has perfected service on separate defendant RFEC IV Investments, LLC as required by ARCP 4(d)(8)(A)(i).

### SERVICE ON SEPARATE DEFENDANT, RFEC IV INVESTMENTS, LLC

6.   I mailed to separate defendant Dollar General Corporation a copy of the Complaint filed February 12, 2020 (the "Complaint") with Summons issued by the Clerk in this case.

7.   I sent the Complaint with Summons by first-class, certified mail, restricted delivery to separate defendant on February 19, 2020 with a return receipt affixed, return receipt requested, to the named Defendant at the address of 2908 Poston Avenue, Nashville, TN 37203.

8.   On February 24, 2020, the certified mail with restricted delivery was signed for by an unknown individual, presumed to be an agent of Corporation Service Company.

9.   On March 5, 2020, the certified mail with restricted delivery was thereafter returned to me. The return receipt is affixed below as **PLAINTIFF'S EXHIBIT B.**

10. The Plaintiff has perfected service on separate defendant Dollar General Corporation as required by ARCP 4(d)(8)(A)(i).

Affiant:     _Justin Zachary_

Justin Zachary, #2010162
DENTON & ZACHARY, PLLC
P.O. Box 11127
Conway, AR  72116
Phone: (501) 358-4999
FAX: (501) 358-4737
e-mail: justin@dentonandzachary.com
*Attorney for Plaintiff*

2

## IN WITNESS OF A NOTARY PUBLIC

State of        **ARKANSAS**
County of      **FAULKNER**

Subscribed and sworn to before me on this 5th day of March, 2020.

Notary Public

[SEAL]
```
LESLIE BRIXEY
NOTARY PUBLIC - ARKANSAS
POPE COUNTY
My Commission Expires 01-08-2026
Commission No. 12402487
```

My Commission Expires:   1-8-2026

3

## PLAINTIFF'S EXHIBIT A

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

# OFFICIAL USE

Certified Mail Fee
$ **3.55**

Extra Services & Fees (check box, add fee as appropriate)
- ☒ Return Receipt (hardcopy)      $ **2.75**
- ☐ Return Receipt (electronic)    $ _____
- ☐ Certified Mail Restricted Delivery  $ **5.45**
- ☐ Adult Signature Required        $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postage
$ **.65**

Total Postage and Fees
$ **12.50**

Postmark
Here

Sent To
**RFEC IV Investments**
Street and Apt. No., or PO Box No.
**609 SW 8th St. #600**
City, State, ZIP+4®
**Bentonville AR 72712**

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Certified Mail number: 7015 1730 0000 5153 5164

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**RFEC IV Investments, LLC**
**c/o Corporate Creations Network**
**609 SW 8th St. #600**
**Bentonville, AR 72712**

9590 9402 4110 8092 8069 15

2. Article Number (Transfer from service label)
**7015 1730 0000 5153 5164**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
**2-24-20**

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:        ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

4

**PLAINTIFF'S EXHIBIT B**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

# OFFICIAL USE

Certified Mail Fee
$ **8.55**

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)       $ _____
☑ Certified Mail Restricted Delivery  $ **5.46**
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$ **.65**

Total Postage and Fees
$ **12.50**

Sent To **Dollar General Corp.**
Street and Apt. No., or PO Box No. **2408  Poston Ave.**
City, State, ZIP+4® **Nashville TN 37203**

PS Form 3800, April 2015                See Reverse for Instructions

7015 1730 0000 5153 5188

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Dollar General Corporation**
**C/o Corporation Service Co.**
**2408 Poston Ave.**
**Nashville, TN 37203**

9590 9402 4110 8092 8069 22

2. Article Number (Transfer from service label)
7015 1730 0000 5153 5188

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 2-24-20

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt