IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LISA RENAE ROGERS                                                      PLAINTIFF

v.                          No. 4:20-cv-305-DPM

DOLLAR GENERAL CORPORATION
d/b/a Dollar General – Judsonia;
RFEC IV INVESTMENTS, LLC
d/b/a Dollar General – Judsonia;
and JOHN DOES 1–10                                                    DEFENDANTS

## JUDGMENT

Rogers's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 Aug. 2021